January 24, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CALVIN NICHOLAS, Appellant

NO. 14-10-01252-CV                    V.

DEUTSCHE BANK NATIONAL TRUST COMPANY IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF AAMES MORTGAGE INVESTMENT TRUST 2005-2, A DELAWARE STATUTORY TRUST, Appellee

_____

We withdraw our Memorandum Opinion filed January 5, 2012, and issue a Substitute Memorandum Opinion in its place. Our Judgment of January 5, 2012, is **VACATED,** and the following judgment is issued in its place.

Today the Court heard appellee's motion to dismiss the appeal from the judgment signed by the court below on December 9, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED** as moot. We order the judgment of the Harris County Civil Court at Law No. 4 **VACATED.**

We further order that all costs incurred by reason of this appeal be paid by CALVIN NICHOLAS.

We further order this decision certified below for observance.